1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                          ----oo0oo----

11

12   BRENDA PICKERN,                    CIV. NO. 2:13-1373 WBS DAD

13             Plaintiff,

14        v.

15   3 STONEDEGGS, INC.; REAL
     INCOME CORPORATION,
16
               Defendants.
17

18

19                          ----oo0oo----

20            STATUS (PRETRIAL SCHEDULING) ORDER

21          After reviewing the parties' Joint Status Report, the

22   court hereby vacates the Status (Pretrial Scheduling) Conference

23   scheduled for January 21, 2014, and makes the following findings

24   and orders without needing to consult with the parties any

25   further.

26        I.   SERVICE OF PROCESS

27          All remaining defendants have been served, and no

28   further service is permitted without leave of court, good cause

                              1

1  having been shown under Federal Rule of Civil Procedure 16(b).

2  II.  JOINDER OF PARTIES/AMENDMENTS

3  No further joinder of parties or amendments to

4  pleadings will be permitted except with leave of court, good

5  cause having been shown under Federal Rule of Civil Procedure

6  16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604

7  (9th Cir. 1992).

8  III. JURISDICTION/VENUE

9  Jurisdiction is predicated upon federal question

10  jurisdiction, 28 U.S.C. §§ 1331, 1343, because plaintiff's claims

11  arise under the Americans with Disabilities Act, 42 U.S.C. §

12  12101 et seq.  Supplemental jurisdiction is predicated upon 28

13  U.S.C. § 1367.  Venue is undisputed and is hereby found to be

14  proper.

15  IV. SETTLEMENT CONFERENCE

16  The court has determined that this case is appropriate

17  for an early settlement conference.  The parties shall contact

18  the assigned magistrate judge's courtroom deputy no later than

19  January 24, 2014, by phone or email to schedule an early

20  settlement conference.  Contact information for the assigned

21  magistrate judge is available at www.caed.uscourts.gov under the

22  "Judges" tab.

23  At the settlement conference, each party is ordered to

24  have a principal with full settlement authority present at the

25  conference or be fully authorized to settle the matter on any

26  terms.  No later than seven days before the date of the

27  Settlement Conference, counsel for each party shall submit a

28  confidential Settlement Conference Statement to the settlement

2

1   judge.  Such statements shall not be filed, but shall be

2   delivered to the chambers of the settlement judge, in hard copy.

3          V.   DISCOVERY

4          The parties shall serve the initial disclosures

5   required by Federal Rule of Civil Procedure 26(a)(1) by no later

6   than January 31, 2014.

7          The parties shall disclose experts and produce reports

8   in accordance with Federal Rule of Civil Procedure 26(a)(2) by no

9   later than May 2, 2014.  With regard to expert testimony intended

10  solely for rebuttal, those experts shall be disclosed and reports

11  produced in accordance with Federal Rule of Civil Procedure

12  26(a)(2) on or before May 30, 2014.

13         All discovery, including depositions for preservation

14  of testimony, is left open, save and except that it shall be so

15  conducted as to be completed by June 27, 2014.  The word

16  "completed" means that all discovery shall have been conducted so

17  that all depositions have been taken and any disputes relevant to

18  discovery shall have been resolved by appropriate order if

19  necessary and, where discovery has been ordered, the order has

20  been obeyed.  All motions to compel discovery must be noticed on

21  the magistrate judge's calendar in accordance with the local

22  rules of this court and so that such motions may be heard (and

23  any resulting orders obeyed) not later than June 27, 2014.

24         VI.  MOTION HEARING SCHEDULE

25         All motions, except motions for continuances, temporary

26  restraining orders, or other emergency applications, shall be

27  filed on or before August 29, 2014.  All motions shall be noticed

28  for the next available hearing date.  Counsel are cautioned to

3

1  refer to the local rules regarding the requirements for noticing
2  and opposing such motions on the court's regularly scheduled law
3  and motion calendar.

4          VII.  <u>FINAL PRETRIAL CONFERENCE</u>

5          The Final Pretrial Conference is set for October 27,
6  2014, at 2:00 p.m. in Courtroom No. 5.  The conference shall be
7  attended by at least one of the attorneys who will conduct the
8  trial for each of the parties and by any unrepresented parties.

9          Counsel for all parties are to be fully prepared for
10 trial at the time of the Pretrial Conference, with no matters
11 remaining to be accomplished except production of witnesses for
12 oral testimony.  Counsel shall file separate pretrial statements,
13 and are referred to Local Rules 281 and 282 relating to the
14 contents of and time for filing those statements.  In addition to
15 those subjects listed in Local Rule 281(b), the parties are to
16 provide the court with: (1) a plain, concise statement which
17 identifies every non-discovery motion which has been made to the
18 court, and its resolution; (2) a list of the remaining claims as
19 against each defendant; and (3) the estimated number of trial
20 days.

21         In providing the plain, concise statements of
22 undisputed facts and disputed factual issues contemplated by
23 Local Rule 281(b)(3)-(4), the parties shall emphasize the claims
24 that remain at issue, and any remaining affirmatively pled
25 defenses thereto.  If the case is to be tried to a jury, the
26 parties shall also prepare a succinct statement of the case,
27 which is appropriate for the court to read to the jury.

28

                                  4

1    VIII.  <u>TRIAL SETTING</u>

2        The jury trial is set for December 23, 2014, at 9:00

3    a.m.  The parties anticipate that a jury trial will last between

4    two and four days.

5        IX.  <u>MODIFICATIONS TO SCHEDULING ORDER</u>

6        Any requests to modify the dates or terms of this

7    Scheduling Order, except requests to change the date of the

8    trial, may be heard and decided by the assigned Magistrate Judge.

9    All requests to change the trial date shall be heard and decided

10   only by the undersigned judge.

11

12   Dated:  January 15, 2014

13

14   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    5