LYNN HUBBARD III, SBN 69773
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorney for Plaintiff

BRENDAN M. BROWNFIELD, SBN 266114
**BURNHAM BROWN**
1901 Harrison Street, 14th Floor
Oakland, CA  94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email:  bbrownfield@burnhambrown.com

Attorney for Defendants 3 StonedEggs, Inc. and Real Income Corporation

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>    Plaintiff,<br><br>    vs.<br><br>3 STONEDEGGS, INC., et al.,<br><br>    Defendants. | Case No. 2:13-cv-01373-WBS-DAD<br><br>**JOINT STIPULATION FOR DISMISSAL and [~~Proposed~~] ORDER THEREON** |

*Pickern v. 3 StonedEggs, Inc., et al.,*                                       Case No. 2:13-cv-01373-WBS-DAD
Joint Stipulation for Dismissal and Order Thereon
Page 1 of 2

TO THE COURT AND TO ALL PARTIES:

Plaintiff, Brenda Pickern, and defendants, 3 StonedEggs, Inc. and Real Income Corporation, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: April 9, 2014          LAW OFFICES OF LYNN HUBBARD

                                                      /s/   Lynn Hubbard          /
                                                      LYNN HUBBARD III
                                                      Attorney for Plaintiff

Dated: April 9, 2014          BURNHAM BROWN

                                                      /s/   Brendan M. Brownfield   /
                                                      BRENDAN M. BROWNFIELD
                                                      Attorney for Defendants 3 StonedEggs, Inc. and
                                                      Real Income Corporation

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:13-cv-01373-WBS-DAD, is dismissed with prejudice in its entirety.

Dated: April 10, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*Pickern v. 3 StonedEggs, Inc., et al.,*          Case No. 2:13-cv-01373-WBS-DAD
Joint Stipulation for Dismissal and Order Thereon
Page 2 of 2